# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | Case No. CV 17-03115-DMG (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STANLEY McCAULEY, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 29, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE